UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARK H. ENSLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-4648** |
| **DANIEL FLEISCHMAN, ET AL.** | **SECTION "B" (2)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Mark H. Ensley's 42 U.S.C. § 1983 complaint against defendants Warden Daniel Fleischman, attorney Ross M. Lagarde, St. Tammany Parish Jail, St. Tammany Parish Sheriff's Office, and St. Tammany Parish Government is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A and as applicable 42 U.S.C. § 1997e as frivolous and for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Ensley's 42 U.S.C. § 1983 complaint against defendant the Louisiana Department of Public Safety and Corrections is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A for lack of subject matter jurisdiction and for seeking relief from an immune defendant.

New Orleans, Louisiana, this 27th day of November, 2023

SENIOR UNITED STATES DISTRICT JUDGE